

# NUMBER 13-13-00358-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                    Appellant,

v.

BONNIE DOWNS,                                                           Appellee.

**On appeal from the County Court at Law No. 4
of Nueces County, Texas.**

# ORDER OF ABATEMENT

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

Appellant, The State of Texas, has filed an appeal. Upon suggestion of death of appellee's retained attorney, Randy Mack, we now ABATE this appeal to provide appellee with the opportunity to seek new counsel. This appeal is ordered ABATED until October 28, 2013.

Appellee is directed to notify the Court, on or before October 28, 2013, if he has retained new counsel by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.

It is so ORDERED.


PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
1st day of October, 2013.